**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 00-6583**

───────────

LESLIE DILLARD BRANCH, III,

                                             Plaintiff - Appellant,

     versus

RONALD J. ANGELONE; DAVID A. GARRAGHTY, Chief
Warden, Virginia Department of Corrections; M.
C. MILLARD, Associate Warden,

                                      Defendants - Appellees,

UNITED STATES OF AMERICA,

                                      Intervenor - Appellee.

───────────

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Robert E. Payne, District Judge. (CA-97-550-3)

───────────

Submitted: May 18, 2001           Decided: June 14, 2001

───────────

Before MOTZ, TRAXLER, and GREGORY, Circuit Judges.

───────────

Dismissed by unpublished per curiam opinion.

───────────

Leslie Branch Dillard, III, Appellant Pro Se. Pamela Anne Sargent, Assistant Attorney General, Richmond, Virginia; Joan Elizabeth Evans, Assistant United States Attorney, Richmond, Virginia; William R. Kirschner, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Leslie Dillard Branch, III, a Virginia inmate, appeals the district court's order denying his request for injunctive relief from a Department of Corrections Operating Procedure that requires inmates to demonstrate a Native American heritage before requests for Native American faith items will be entertained. Because Branch has been released from the custody of the Virginia Department of Corrections, we dismiss his appeal as moot and deny all pending motions. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>